**Order filed December 3, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00937-CV
_____

**ANIL SINHA, MD, Appellant**

**V.**

**ROGER NIEBUHR, Appellee**

---

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 91026-CV**

---

## O R D E R

The clerk's record was filed December 8, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. _See_ Tex. R. App. P. 34.5(c). The record does not contain the trial court's one-page "Order Overruling Defendant's Objections" signed on October 3, 2017.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before December 10, 2018, containing the trial court's one-page "Order Overruling Defendant's Objections" signed on October 3, 2017.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM